Marcelino Clemente #C-46479
Name and Prisoner/Booking Number

Mule Creek State Prison
Place of Confinement

P.O. Box 409020
Mailing Address

Ione, CA. 95640
City, State, Zip Code

FILED
Feb 14, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcelino Clemente
(Full Name of Plaintiff)
Plaintiff,

v.

(1) C/O B. Strode
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:18-cv-0355 CKD (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Mule Creek State Prison, Ione, CA. 95640

## B. DEFENDANTS

1. Name of first Defendant: C/O B. Shrode. The first Defendant is employed as: Correction officer (Position and Title) at Mule Creek State Prison (Institution).

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 2. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Marcelino Clemente v. T. Parciasepe  case # 2:14-cv-2061 MCE-KJN
      2. Court and case number: U.S. District Court Eastern District
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settled

   b. Second prior lawsuit:
      1. Parties: Marcelino Clemente v. J. Beasly  case # 2:17-cv-0948-CKD
      2. Court and case number: U.S. District Court Eastern District
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) case is still pending

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment U.S Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff is a 69 yrs old prisoner, And is in the direct custody of CDCR, and is currently incarcerated at mule creek state prison Located in Ione, CA. During his present incarceration, Licenced medical Doctors employed by CDCR and acting as primary care providers, Diagnosed Plaintiff with suffering from several serious medical conditions. Such as spinal and cervical spine nerve damage, and further Diagnosed Plaintiff to be suffering Daily severe pain when siting down that shoot down is neck And spine. Because of these medical Diagnose's, these medical conditions are known to cause him numbness of his legs when siting down. Evidenciary Facts establishes That because of Plaintiff's medical diagnosed conditions Licenced medical Doctors Employed by CDCR, acting as primary care providers have prescripted (Rx) as medically necessary treatment and care (1) daily powerful pain relieving medication (morphine)(2) A neck brace;(3) a cane,(4) and a medically Rx "Green Vest" issued To Plaintiff clearly Identifying him to be "mobility impaired". The CDCR promulgates a medically Rx "Green Vest" program in compliance with (ADA) that allows for inmates wearing said issued "Green Vest" to remain standing During an Alarm code when activated at the prison.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).,
   Defendant. B. Shrode is being sued individually and in his official capacity acting As a correctional officer under color of State law. employed with CDCR at mule creek state prison. As such under prison rules. 4o Shrode is required to enforce laws regulation And procedures which govern the actions and activities of inmates such as Plaintiff.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

State how you were injured by the actions of Defendant.

And he has been trained "to understand how physical facilities, Degree of custody classification, personnel, and operative precedures [including but not limited to the ADA prison implemented "Green Vest" Program] Affect the maintenance of inmate custody and security and how the requirement of custodial security and staff, inmate and Public safety must take precedence over all other considerations in the Operation of all programs and activities of the institutions of the Deptment."

On September 27, 2017 Plaintiff was assigned housing at Unit 1 of M.C.S.P A-Facility and was standing by section C inmate water fountain, when an Alarm code was activated requiring inmates to sit down on the floor at the location they were at pending notification of the Alarm code diactivation and clearing process. At the Time Plaintiff clemente was wearing his medically RX neck brace, Green Vest with large black letters "identifying him as a "mobility impaired" Inmate, and his cane. For these reasons as Allowed clemente to Remained standing at the location he was at. At this time Defendant B. Shrode approached clemente and told him to sit down. Plaintiff in Response communicated to Shrode that he was wearing a "Green Vest" That the Green vest clearly identify clemente to be "mobility impaired" And per the prison rules he is Allowed to remain standing during A Alarm Code activated at the facility.

Defendant Shrode in turn responded that he didn't care if clemente had a Green vest on or not. At this time defendant Shrode grab clemente's Arm and turning him around placed mechanical restraints (to wit handcuffs) on clemente behind his back. clemente in turn verbally complaint That Shrode clearly could see he was wearing a neck brace And was using a cane. In response, defendant Shrode stated

3A

Continuation of (H.) pg 3-B

"I don't care" and then Shrode physically slam Clemente on the ground causing him to fall unconscious on the floor and when Plaintiff regained consciousness defendant Shrode stood over him and yelled "when I say sit down you sit down you piece of shit!... you can file a 602 like you always do bitch"... see if they believe you."

Plaintiff while on the floor was severely injured, because of these individual acts by Shrode. He was in extreme pain and suffering sharp pain shooting down his neck and spine, his legs were numb, and Clemente could not move. Although Plaintiff verbally beg for defendant Shrode to please call for medical assistance, he fail to do so and Clemente remain laying on the floor unassisted for 30 minutes.

Not until C/O Ball notice that Defendant Shrode failure to activate the facility "Emergency Alarm" for medical staff to immediately report to the location to provide medical assistance, and given Clemente serious injuries finally acted to activate his prison issued "Alarm" for medical personnel to report to the location. Upon arrival the responding facility "medical assistants" given Plaintiff severe injuries summoned the Fire Dept. of the facility and for an Emergency transport vehicle and they in turn transported Plaintiff to the TTA [Triach treatment Area] of the prison, and upon examination medical Doctors ORDER for Plaintiff to be transported to a local hospital given the severety of his injuries. for these reasons a local "Emergency Vehicle" Ambulance was summoned to the prison

3-B

And these medical Assistants transported Plaintiff to the local community hospital for treatment and care. Plaintiff states that as a direct result of these acts by Defendant Shrode his preexisting serious medical conditions [such as neck, spine and nerve damage] have been Aggravated. For example, the neck and spinal lower back injuries ever Since causes Plaintiff a more agonizing/severe pain and is Affecting Plaintiff mobility. As a direct result Plaintiff can not properly Function on a daily basis. Furthermore, Defendant Shrode use of excessive force caused Plaintiff to suffer a hernia in his groin Area.

These evidenciary Facts, when accepted as true and when viewing all reasonable inferences made in Favor of Plaintiff, under sound legal principals allows Plaintiff to state meritories claims as follows;

### Claims For Relief:

1. The Actions of Defendant Shrode in using physical Force against Plaintiff without cause or provocation were carry out knowingly and maliciously with specific intent to cause physical harms and injuries and constituted cruel And unusual punishment/ the wanten infliction of pain And suffering in violation of the Eighth Amendment of The United States Constitution.

2. The action of defendant Shrode in failing to summon for medical assistance and leaving Plaintiff laying on the Floor for a period of some 30 minutes while Plaintiff was experincing severe pain shooting down his neck And

3-C

Continuation of (4) pg 3-D

spine were carryout maliciously and sadistically And constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

3. The actions of Defendant Shrode, such as disregarding the prison "ADA" Green Vest" Program training he received and using excessive force upon Plaintiff, knowing Plaintiff was medically diagnosed as suffering from serious medical conditions which affected his mobility And cause him severe pain were carryout maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

//

//

3-D

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Plaintiff asks The court for The following.
1.) That Defendant Pay compensatory and Punitive Damage in The Amount of $250,000 Dollars?
2.) That the court Appoint counsel and counsels Fee.
3.) And Grant Any other relief The court see's Fit

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb, 7, 2018
DATE

Marcelino Clemente
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

4